UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KINGDOM OF ORIGINAL AMERICA,
Warin West Administrator                                                                    PLAINTIFF

v.                            No. 2:19-CV-02005

DOUBLE "L" INVESTMENTS OF
BOONEVILLE, LLC; and DISTRICT
COURT OF SEBASTIAN COUNTY,
ARKANSAS, FORT SMITH DIVISION                                                        DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 22nd day of January, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE